THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Traci Mack, Appellant,
 v.
 Trudy Bull, Respondent.
 
 
 

Appeal From Darlington County
J. Michael Baxley, Circuit Court Judge
Unpublished Opinion No.  2009-UP-358
Submitted June 1, 2009  Filed June 23,
 2009
AFFIRMED

 
 
 
 F. Barron Grier, III, of West Columbia, for Appellant.
 Henry Thad White, Jr., of Florence, for Respondent.
 
 
 

PER CURIAM:  Following
 an automobile accident, Trudy Bull filed suit in magistrate's court for
 property damages.  After Traci Mack could not be located, she was served by publication. 
 Thereafter, Mack was adjudged in default and after a hearing, Bull was awarded
 property damages.  This appeal is from the denial of Mack's Rule 60(b), SCRCP,
 motion to set aside the judgment.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Rule 60(b),
 SCRCP ("On motion and upon such
 terms as are just, the court may relieve a party or his legal representative
 from a final judgment, order, or proceeding for the following reasons: (1)
 mistake, inadvertence, surprise, or excusable neglect . . . fraud, misrepresentation, or
 other misconduct of an adverse party."); BB & T v. Taylor, 369
 S.C. 548, 551, 633 S.E.2d 501, 502-03 (2006) (explaining the decision to grant
 or deny a motion for relief from judgment lies within the sound discretion of
 the trial court and will not be disturbed on appeal absent an abuse of
 discretion).
AFFIRMED.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.